UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT HILKE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-01277-LK<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Discovery and Related Deadlines. Dkt. No. 26. Finding good cause, the Court GRANTS the motion and continues the discovery and related deadlines as follows:

| Event | Date |
|---|---|
| **BENCH TRIAL SET FOR 9:00 a.m. on** | June 9, 2025 |
| Length of trial | 3-5 days |
| Discovery completed by | January 7, 2025 |

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES - 1

| | |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)). | February 7, 2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | April 9, 2025 |
| All motions in limine must be filed by | May 2, 2025 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | May 16, 2025 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | May 23, 2025 |
| Pretrial conference scheduled at 10:00 a.m. on | May 28, 2025 |

Dated this 10th day of October, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES - 2